tomayor took no part in the consideration or decision of this petition.

Same case below, 359 Fed. Appx. 266.

**No. 09-10090. In re Timothy Franklin Frazier, Petitioner.**

559 U.S. 1105, 130 S. Ct. 2418, 176 L. Ed. 2d 942, 2010 U.S. LEXIS 3805.

May 3, 2010. Petition for writ of habeas corpus denied.

**No. 09-10165. In re Jermaine A. Young, Petitioner.**

559 U.S. 1105, 130 S. Ct. 2419, 176 L. Ed. 2d 942, 2010 U.S. LEXIS 3723.

May 3, 2010. Petition for writ of habeas corpus denied.

**No. 09-9366. In re Hubert Warren, Petitioner.**

559 U.S. 1105, 130 S. Ct. 2408, 176 L. Ed. 2d 942, 2010 U.S. LEXIS 3733.

May 3, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 09-9369. In re Hubert Warren, Petitioner.**

559 U.S. 1105, 130 S. Ct. 2408, 176 L. Ed. 2d 942, 2010 U.S. LEXIS 3806.

May 3, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 08-10932. Fidele Birahagaze Batekreze, Petitioner v. Arizona.**

559 U.S. 1117, 130 S. Ct. 2429, 176 L. Ed. 2d 942, 2010 U.S. LEXIS 3790.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 935, 130 S. Ct. 1500, 176 L. Ed. 2d 108, 2010 U.S. LEXIS 1139.

**No. 09-807. James Henry Deneal, Petitioner v. Ronny Shaver.**

559 U.S. 1117, 130 S. Ct. 2429, 176 L. Ed. 2d 942, 2010 U.S. LEXIS 3852.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1005, 130 S. Ct. 1884, 176 L. Ed. 2d 363, 2010 U.S. LEXIS 2570.

**No. 09-7699. Bruce W. Hoffman, Petitioner v. Frances J. Hoffman.**

559 U.S. 1117, 130 S. Ct. 2429, 176 L. Ed. 2d 942, 2010 U.S. LEXIS 3849.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1009, 130 S. Ct. 1882, 176 L. Ed. 2d 370, 2010 U.S. LEXIS 2688.

**No. 09-7780. Richard Daron Kennedy, Petitioner v. John R. Lockett, et al.**

559 U.S. 1117, 130 S. Ct. 2430, 176 L. Ed. 2d 942, 2010 U.S. LEXIS 3822.

May 3, 2010. Petition for rehearing denied.